UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONATO RAMON ALVARADO,

               Petitioner,

  v.

LOWELL CLARK, et al.,

               Respondents.

Case No. C14-1322-JCC

**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. Respondents' motion to dismiss, Dkt. 12, is DENIED.
3. Petitioner's habeas petition seeking a bond hearing, Dkt. 1, is GRANTED, and the Executive Office for Immigration Review is ordered to provide petitioner with a *Casas* bond hearing within 14 days of this Order.

\\

\\

ORDER GRANTING HABEAS PETITION AND ORDERING
BOND HEARING - 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5th day of December, 2014.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER GRANTING HABEAS PETITION AND ORDERING
BOND HEARING - 2